UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAMEL NORRIS,<br><br>        Plaintiff,<br><br>  -against-<br><br>RITUAL VINTAGE INC. and OR 377 BROOME, LLC,<br><br>        Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 03/11/2024<br><br>23-CV-09071 (MMG)<br><br>**NOTICE OF REASSIGNMENT & ORDER** |

MARGARET M. GARNETT, United States District Judge:

  This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. All counsel must familiarize themselves with the Court's Individual Rules & Practices ("Individual Rules"), which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

  On February 20, 2024, Judge Broderick ordered Plaintiff to file a letter showing good cause for failure to timely serve Defendants. Dkt. No. 7. On February 22, 2024, Plaintiff filed Affidavits of Service which reflect that Defendants were timely served on November 14, 2023. Dkt. Nos. 8 and 9. Plaintiff's March 4, 2024, letter indicates that the delay in filing was due to administrative error on the part of its process server, which went unnoticed by Plaintiff's counsel until the Court's Order. *See* Dkt. No. 11. Plaintiff has now requested and received amended summonses. *See* Dkt. Nos. 12-14.

  In order to properly balance the need to move this action along while not prejudicing either party, it is hereby ORDERED, pursuant to Federal Rule of Civil Procedure 4(m), that Plaintiff shall ensure that the amended summonses are served promptly and shall file proof of such service on ECF no later than **April 10, 2024**. Failure to timely file proof of renewed service may result in dismissal for failure to prosecute.

Dated: March 11, 2024
   New York, New York

                    SO ORDERED.

                    _____
                    MARGARET M. GARNETT
                    United States District Judge